

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00044-CV

**IN THE INTEREST OF D.G. JR.**, and J.A.G., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01811
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED June 1, 2022.

_____
Beth Watkins, Justice